UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND KHODAGULYAN,<br>               Petitioner,<br>   v.<br>PEOPLE OF CALIFORNIA,<br>               Respondent.<br>_____/ | No. C 14-2595 NC (PR)<br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner challenges convictions he suffered in the Los Angeles County Superior Court, is TRANSFERRED to the Central District of California, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

IT IS SO ORDERED.

DATED: June 12, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge