JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND KHODAGULYAN, | ) | NO. CV 14-4563-CAS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PEOPLE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 18, 2014.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE